IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　)　　　　　4:08CR3134
　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　)
　　　　　　　　　　　　　　　)
ALLISON W. BOWDEN,　　　　　　)　　　　　　ORDER
　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　)
_____)

IT IS ORDERED:

Defendant's motion for authorization to obtain a psychological evaluation, filing no. 19, is granted, and defendant's counsel may obtain such services within the limits of the Criminal Justice Act.

DATED this 16th day of December, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge