IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3134 |
| | ) | |
| V. | ) | |
| | ) | |
| ALLISON W. BOWDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue date to file objections (filing 45) is granted. The defendant's motion to deviate (filing 46) will be taken up at sentencing.

DATED this 11th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge